UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10682-AS | | Date | February 17, 2026 |
|---|---|---|---|---|
| Title | Miriam Maldonado v. Kwang Kim et al. | | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SERVICE OF PROCESS ON DEFENDANT ORLANDO P. OCHOA**

On November 6, 2025, Plaintiff Miriam Maldonado ("Plaintiff") filed a complaint against Kwang Kim and Orlando P. Ochoa ("Defendants"). (Dkt. No. 1). On November 14, 2025, the Clerk of the Court issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment")[1] (Dkt. No. 5). The Clerk issued a summonses as to both Defendants on November 16, 2025. (Dkt. No. 6). On December 11, 2025, Plaintiff filed a proof of service reflecting that Defendant Kwang Kim was served with the summons and complaint on November 24, 2025.[2] (Dkt. No. 10). However, though more than ninety days have passed since Plaintiff filed the complaint, Plaintiff still has not filed a proof of service reflecting that she served Defendant Orlando P. Ochoa.

Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without

---

[1] Among other things, the Notice of Assignment advises that this case has been assigned to U.S. Magistrate Judge Alka Sagar for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination. (Dkt. No. 5). Pursuant to Central District of California Local Civil Rule ("Local Rule") 73-2.1, Plaintiff is required to serve the Notice of Assignment on each newly-served party or party added to the case at the time of service of the summons and compliant or other case-initiating document. *See* Local Rule 73-2.1. The period for a newly-served party or party added to decline consent begins to run upon service of the Notice. *Id.*

[2] The Clerk of the Court entered default against Defendant Kwang Kim on January 6, 2026. (Dkt. No. 12).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10682-AS | Date | February 17, 2026 |
|---|---|---|---|
| Title | Miriam Maldonado v. Kwang Kim et al. | | |

prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, within fourteen days of the date of this Order, why service was not timely made on Defendant Ochoa and why this case should not be dismissed without prejudice as to Defendant Ochoa for failure to effectuate service and for lack of prosecution. Failure to timely file a written response to this Order may result in dismissal for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

Plaintiff is reminded that each newly served party or party added to the case must be served with the Notice of Assignment at the time of service of the summons and complaint, and Plaintiff must file a proof of service indicating that Defendant was served with the Notice of Assignment.

**IT IS SO ORDERED.**